People v Fullwood
2026 NY Slip Op 03512
June 4, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,
v
Eric Fullwood, Defendant-Appellant.

Decided and Entered: June 04, 2026
Ind No. 74218/22|Appeal No. 6810|Case No. 2023-05117|
Before: Scarpulla, J.P., Shulman, Higgitt, O'neill Levy, Chan, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Cathy Liu of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Katherine A. Triffon of counsel), for respondent.

[*1]
Judgment, Supreme Court, Bronx County (Ralph A. Fabrizio, J.), rendered September 26, 2023, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of two years, unanimously affirmed.
Defendant made a valid waiver of the right to appeal (see People v Thomas, 34 NY 3d 545 [2019], cert denied 589 US 1302 [2020]), which forecloses review of the suppression ruling (see id. at 564-565; People v Moore, 137 AD3d 704, 704 [1st Dept 2016], lv denied 27 NY3d 1136 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 4, 2026